**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JOHN E. MORROW; ILEANA
MORROW; JOHN A. DONNELLY; and
PAMELA J. DONNELLY,

        Petitioners,

v.        Case No. 6:16-cv-636-Orl-37TBS

DIAMOND RESORTS
INTERNATIONAL, INC.; and DIAMOND
RESORTS U.S. COLLECTION
DEVELOPMENT, LLC,

        Respondents.

**ORDER**

On April 14, 2016, John E. Morrow, Ileana Morrow, John A. Donnelly, and Pamela J. Donnelly ("**Petitioners**") petitioned the Court to compel arbitration pursuant to 9 U.S.C. § 4.

In accordance with 28 U.S.C. § 1914 and the District Court Miscellaneous Fee Schedule issued by the Judicial Conference of the United States, parties who initiate a proceeding in a federal district court are required to pay a filing fee. To date, Petitioners have neither paid the required filing fee nor moved to proceed *in forma pauperis*.

Accordingly, on or before Friday, **May 6, 2016**, Petitioners are **DIRECTED** to pay the required filing fee or move to proceed *in forma pauperis*. Failure to do so will result in dismissal of the action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 29, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record