**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JOHN E. MORROW; ILEANA
MORROW; JOHN A. DONNELLY; and
PAMELA J. DONNELLY,

        Petitioners,

v.                                                                                    Case No. 6:16-cv-636-Orl-37TBS

DIAMOND RESORTS HAWAII
COLLECTION DEVELOPMENT, LLC,

        Respondent.

**ORDER**

This cause is before the Court on the Verified Second Amended Petition to Compel Arbitration in Orange County, Florida, and Other Relief, with Memorandum of Law (Doc. 35), filed August 8, 2016.

In seeking to compel arbitration, Petitioners purport to invoke the Court's diversity jurisdiction. (*See, e.g.,* Doc. 24.) However, Petitioners efforts have been, and continue to be, unsuccessful. In the interest of affording Petitioners every possible opportunity to establish the Court's subject matter jurisdiction, and in an effort to resolve the action on the merits, the Court has permitted Petitioners to supplement their jurisdictional allegations three times. (*See* Docs. 23, 27, 34.) On two previous occasions, the Court has explicitly instructed Petitioners how to properly plead the citizenship of a limited liability corporate entity such as Respondent. (*See* Docs. 27, 34.) Indeed, in its most recent Order ("**August 5 Order**"), the Court specifically recognized that Petitioners failed to "allege that Mr. Palmer and the Entity are *the only members* of [the LLC Respondent]." (Doc. 34, p. 2 (emphasis added).) Nevertheless, the jurisdictional allegations in the operative petition

filed in response to the Court's August 5 Order remain deficient. (*See* Doc. 35 (alleging only the citizenship of Respondent's managing member).)

Petitioners have now had four chances to establish the Court's jurisdiction. Accordingly, the Verified Second Amended Petition to Compel Arbitration in Orange County, Florida, and Other Relief, with Memorandum of Law (Doc. 35) is **DISMISSED WITHOUT LEAVE TO REFILE**. The Clerk is **DIRECTED** to **TERMINATE** all pending motions and deadlines, **CANCEL** the hearing scheduled for August 30, 2016, and **CLOSE** the case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 19, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record